1902.) Action by S. Foster Sprague against the city of New York. No opinion. Judgment affirmed on argument, with costs.

———

SQUIERS, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Arnon Lyon Squiers, as executor, etc., of Caroline Wylie Squiers, deceased, against Edward Thompson, impleaded, etc. No opinion. Motion denied.

———

STAMBONI, Respondent, v. McCABE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Michael Stamboni against Richard J. McCabe and others. No opinion. Motion to dismiss appeal denied.

———

STERN v. McKEE et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Max Stern against Joseph J. McKee and another. No opinion. Motion granted, with $10 costs.

———

STIASNY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Caroline Stiasny, as committee, etc., against the Metropolitan Street Railway Company. F. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 68 N. Y. Supp. 694, and 72 N. Y. Supp. 747.

———

STOLLHOFER, Respondent, v. STOLLHOFER, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Lillie E. Stollhofer against Paul S. Stollhofer. A. P. Wagner, for appellant. F. L. Taylor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

———

STONE HILL WINE CO., Appellant, v. BRAND, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by the Stone Hill Wine Company against Fredericka Anna Brand.

PER CURIAM. Judgment of county court reversed, and judgment of justice's court affirmed, with costs. *Held,* that Exhibit A, which is a statement of the quantity of the goods sold by the plaintiff to the defendant and the price of such goods, and which was received in evidence without objection, and was in no manner contradicted by the defendant, was sufficient to support a finding that the goods were of the value stated in such exhibit.

STRADTMAN, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Henry Stradtman against Frank F. Williams. No opinion. Judgment and order of county court affirmed, with costs.

———

STRICKLAND, Appellant, v. HENRY, Respondent. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Clifford T. Strickland against William Henry. No opinion. Judgment and order affirmed, with costs, on authority of Strickland v. Henry, 66 App. Div. 23, 73 N. Y. Supp. 12.

———

STRICKLAND, Appellant, v. HENRY, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Clifford T. Strickland against William Henry. No opinion. Motion denied.

———

SULLIVAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by Jerry Sullivan against the city of New York. No opinion. Motion granted, without costs.

———

SNEDDEN–TALLMAN CO., Appellant, v. HOLLANDER, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by the Snedden-Tallman Company against Fanny Hollander. No opinion. Judgment reversed, on argument, without costs, on the ground that the record contains no decision. Appeal from order amending judgment dismissed, on argument, without costs.

———

TEGNER v. HERTER. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by William Tegner against Maria Anna Herter. From a judgment for plaintiff, the defendant appeals. Affirmed. P. J. Rooney, for appellant. Percival S. Menken, for respondent.

PER CURIAM. For the reasons stated in the opinion in the case of Disken against Same Defendant (decided herewith) 77 N. Y. Supp. 300, the judgment appealed from should be affirmed, with costs.

———

THILEMAN et al. v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Frederick Thileman and another against the mayor, etc., of the city of New York. No opinion. Motion granted.